FILED
SUPERIOR COURT
OF GUAM

2021 SEP 17 AM 11: 13

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,** | **Criminal Case No. CF0234-21-01**<br>GPD Report Nos. 21-11331 / 21-11335 |
| v. | |
| **LEILANI KAITLYN WRIGHT,**<br>DOB: 12/13/2000 | **DECISION AND ORDER**<br>**DENYING DEFENDANT'S MOTION**<br>**FOR LEAVE OF COURT**<br>**TO PERMIT MOTION TO COMPEL** |
| Defendant. | **DISCOVERY TO BE TIMELY FILED OR**<br>**TO PERMIT FILING OF MOTION**<br>**OUTSIDE MOTION CUT-OFF DATE** |

### INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III upon submission of Defendant Leilani Kaitlyn Wright's ("Defendant's") Motion for Leave of Court to Permit Motion to Compel Discovery to be Considered Timely Filed or to Permit Filing of Motion Outside Motion Cut-off Date ("Motion"). Alternate Public Defender Heather Zona represents Defendant. The Motion was decided without a hearing, and the Assistant Attorney General did not file a response on behalf of the People. Having duly considered the parties' briefs and the applicable law, the Court now issues the following Decision and Order and **DENIES** Defendant's Motion.

### BACKGROUND

Defendant is charged with <u>Charge Three</u>: Theft of a Motor Vehicle (as a 2nd Degree Felony) and <u>Charge Four</u>: Hindering Apprehension (as a 3rd Degree Felony). Indictment (May 18, 2021).

August 27, 2021 was the date motions to compel were to be filed. Trial Scheduling Order (Jul. 20, 2021).

On August 30, 2021, Defendant filed her Motion to Compel Discovery and it was docketed with the Superior Court of Guam. Notice of Motion (Aug. 30, 2021).

Decision and Order Denying Defendant's Motion for Leave of Court to Permit Motion to Compel Discovery to be Timely Filed or to Permit Filing of Motion Outside Motion Cut-Off Date
CF0234-21, *People of Guam v. Leilani Wright*
Page **1** of 3

On August 30, 2021, Defendant filed her Motion for Leave of Court to Permit Motion to Compel Discovery to be Considered Timely Filed or to Permit Filing of Motion Outside Motion Cut-off Date. Defendant's counsel argued she missed the filing deadline because of an information technology error / email crash. Motion at 1 (Aug. 30, 2021). Defendant's counsel detailed how she emailed the Motion to Compel Discovery to the Prosecution and the Superior Court of Guam on August 27, 2021. Id. at 2. However, the email bounced back multiple times. Id. at 2. The motion was sent once more via email on the morning of August 30, 2021 and the Court subsequently file stamped it for that day. Id. at 2.

After considering the arguments of the parties, the Court **DENIED** Defendant's Motion.

## **DISCUSSION**

"Failure by a party … to make requests which must be made prior to trial, at the time set by the court pursuant to § 65.15 … shall constitute a waiver thereof, but the court for cause shown may grant relief from the waiver." 8 G.C.A. § 65.45. The request to file late motions involves the discretionary balancing of the Court's ability to control its docket with the Defendant's right to effective assistance of counsel. *Ungar v. Sarafite*, 376 U.S. 575, 588-589 (1964). Trial courts must be permitted discretion to expeditiously clear their dockets; however, the trial court must balance the interest of an expeditious trial against Defendant's right to have a meaningful opportunity to present a complete defense. Id. at 589.

Defendant did not present a good cause reason for why she missed the motion filing deadline. Defendant had well over a month to file her motion, and waited until the last available day to do so. Any technological problems that Defendant ran into were not attributable to the Court, as Defendant also experienced troubles trying to email the Prosecution. The Court must expeditiously clear its docket, and that requires adherence to motion cut-off deadlines.

## **CONCLUSION**

For the reasons stated above, the Court **DENIES** Defendant's Motion. Defendant has waived her Motion to Compel Discovery since it was not filed within the time set by the Court.

**IT IS SO ORDERED** this September 17, 2021 .

Decision and Order Denying Defendant's Motion for Leave of Court to Permit Motion to Compel Discovery to be Timely Filed or to Permit Filing of Motion Outside Motion Cut-Off Date
CF0234-21, *People of Guam v. Leilani Wright*
Page **2** of **3**



HONORABLE ALBERTO C. LAMORENA, III
Presiding Judge, Superior Court of Guam

**SERVICE VIA E-MAIL**
I acknowledge that an electronic
copy of the original was e-mailed to:

AG, APD

Date: 9/17/21   Time: 11:35am

Antonio A. Cruz

Deputy Clerk, Superior Court of Guam

Decision and Order Denying Defendant's Motion for Leave of Court to Permit Motion to Compel Discovery to be
Timely Filed or to Permit Filing of Motion Outside Motion Cut-Off Date
CF0234-21, *People of Guam v. Leilani Wright*
Page 3 of 3